ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

NOV 19 2018

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MITCHELL DUNAHOO | Criminal Indictment<br><br>No. 1 18-CR-454 |

THE GRAND JURY CHARGES THAT:

### Count One

Between in or about October 2016, and continuing through in or about August 2017, in the Northern District of Georgia, the defendant, MITCHELL DUNAHOO, with the intent to harass and intimidate, used the mail, any interactive computer service, electronic communications service, and electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce, to engage in a course of conduct that caused, attempted to cause, and would reasonably be expected to cause, substantial emotional distress to Victim 1, all in violation of Title 18, United States Code, Section 2261A(2)(B).

### Count Two

Between in or about October 2016, and continuing through in or about August 2017, in the Northern District of Georgia, the defendant, MITCHELL DUNAHOO, made repeated telephone calls and repeatedly initiated communication with a telecommunications device in interstate communications, during which communication ensued, solely to harass a specific person receiving

those communications, in violation of Title 47, United States Code, Section 223(a)(1)(E).

A     True     BILL

FOREPERSON

BYUNG J. PAK
*United States Attorney*

JILL E. STEINBERG
*Assistant United States Attorney*
Georgia Bar No. 502042

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, Georgia 30303
404-581-6000; Fax: 404-581-6181